NO. PD-0374-16

VALENTINO MUNOZ,
  PETITIONER.

§ IN THE COURT OF

V.

§ CRIMINAL APPEALS

THE STATE OF TEXAS,
  RESPONDENT

§ OF TEXAS

§ ON APPEAL FROM THE 198th DISTRICT COURT, No. B14299
HONORABLE M. REX EMERSON, JUDGE PRESIDING

FILED IN
COURT OF CRIMINAL APPEALS

JUN 0 3 2016

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 03 2016

Abel Acosta, Clerk

**MOTION REQUESTING THE CLERK TO
SUSPEND RULE 9.3(b) OF
T.R.A.P.**

COMES NOW, VALENTINO MUNOZ, pro se and informapauperis, in the above styled and numbered cause and respectfully moves this Court to grant leave to file an original copy of the Petition for Discretionary Review, by Suspending Rule 9.3(b) of the Texas Rules of Appellate Procedure. In support thereof Petitioner would show the following:

1. The Texas Rules of Appellate Procedure requires the filling of (11) copies of the Petition for Discretionary Review with this Court.

2. The Petitioner is incarcerated in the Texas Department of Criminal Justice at the Michael Unit, in Tennessee Colony, Texas. Petitioner is Indigent and does not have access to a copier inwhich to make the (11) copies required by this Court.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully requests this Court to grant this Motion to suspend Rule 9.3(b).

## CERTIFICATE OF SERVICE

The Petitioner hereby certifies that a copy of the foregoing document was filed upon the District Attorney's Office of Kerr County on this date

EXECUTED ON  May        ,  27   ,  2016      .


*Valentino Munoz*
VALENTINO MUNOZ 01979538
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY,TX.75886

PRO SE

## UNSWORN DECLARATION OF INMATE

I,VALENTINO MUNOZ, #01979538,currently incarcerated in the Texas Department of Criminal Justice at the Michael Unit,in Tennessee Colony,Texas,do do solemnly swear under the penalties of Perjury that the foregoing Motion to Suspend Rule 9.3(b) is in true and correct to the best of my knowledge. I further state that the enclosed information is true and correct.


EXECUTED ON THIS  May        ,  27    ,  2016      .


*Valentino Munoz*
VALENTINO MUNOZ 01979538
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY,TX. 75886

PRO SE PETITIONER